**MEMO ENDORSED**

DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YOR 10118



212-332-8300
212-332-8301 TELECOPIER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/12

September 12, 2011

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: <u>John Wiley & Sons, Inc. v. Jeff Ng, et al.</u>,
                  11 Civ. 7627

Dear Judge Pauley,

      We are the attorneys for plaintiff John Wiley & Sons, Inc.

      With the consent of the only remaining defendant in the action, Ralph Mohr, we are writing to request that the Court transfer this action pursuant to 28 U.S.C. § 1401 to the Western District of New York. We also request that the Court cancel the conference scheduled for September 28, 2012.

                                     Respectfully yours,

                                     William Dunnegan

CC: Ralph Mohr

*Applications granted. This action is hereby transferred to the U.S. District Court for the Western District of New York. The Clerk of the Court is directed to effectuate the transfer.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.   9/14/12